## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

SCOTT J. ISRAEL,

   Plaintiff,

      VS                               CASE NO.  4:19cv576-MW/MAF

RON DESANTIS and
BILL GALVANO,

   Defendants.

## JUDGMENT

"Plaintiff's claims against Defendants are dismissed."

                                          JESSICA J. LYUBLANOVITS
                                          CLERK OF COURT

May 18, 2020                     s/Ronnell Barker, Deputy Clerk
DATE                               Deputy Clerk: Ronnell Barker